JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRON SMITH,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　　Respondent. | Case No. CV 17-03676-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 27, 2017

　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1